Victor BYRD, Plaintiff—Appellant,

v.

The RALEIGH HOUSING AUTHOR-ITY, Defendant—Appellee,

and

Steve Beam, Defendant.

No. 03–1692.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 3, 2003.

Victor Byrd, Appellant pro se.

Charles Theophilus Francis, Francis & Austin, Raleigh, North Carolina, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Victor Byrd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Byrd v. Raleigh Housing Auth.*, No. CA–02–253–5–BO–3 (E.D.N.C. May 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*